AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11720135

RECEIVED
By USMS District of Columbia District Court at 4:04 pm, Sep 24, 2024

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00302 |
| Damian Johnston | ) Assigned To : Judge Zia M. Faruqui |
|  | ) Assign. Date : 9/24/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Damian Johnston _____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 09/24/2024

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/24/2024, and the person was arrested on *(date)* 09/26/2024
at *(city and state)* Green Bay, WI.

Date: 09/26/2024

*Arresting officer's signature*

FBI SA Bryan Sullivan
*Printed name and title*