NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                           Criminal Number   24-mj-302

Damian Johnston
            (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

*Nicholas Smith*
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Nicholas Smith #1029802
(Attorney & Bar ID Number)

David B Smith PLLC
(Firm Name)

1123 Broadway Ste 909
(Street Address)

New York NY 10010
(City)     (State)     (Zip)

917-902-3869
(Telephone Number)